# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ARNOLFO MACHUCA PADILLA, a/k/a GUILLERMO | ) | Case No: <u>5:03CR48-20</u> |
| JIMENEZ-SANTANA & GUILLERMO JIMENEZ | ) | |
| SANTANA | ) | USM No: <u>17983-058</u> |
| Date of Previous Judgment:  <u>December 5, 2005</u> | ) | <u>Julia Mimms</u> |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ■ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: <u>27</u> | Amended Offense Level: <u>27</u> | |
| Criminal History Category: <u>IV</u> | Criminal History Category: <u>IV</u> | |
| Previous Guideline Range: <u>120</u> to <u>125</u> months | Amended Guideline Range: <u>120</u> to <u>125</u> months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):  The defendant is not eligible for the crack cocaine retroactive Amendment 706 as his offense only involved methamphetamine.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  <u>December 5, 2005,</u>  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  <u>April 17, 2009</u>

Effective Date: _____
    (if different from order date)

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge